```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE SOUTHERN DISTRICT OF ALABAMA
                  SOUTHERN DIVISION
```

ALEXANDER BOHANNON,              :
                                 :   CIVIL ACTION 08-0035-WS
    Petitioner,              :   CRIMINAL ACTION 05-00078-WS
                                 :
v.                               :
                                 :
UNITED STATES OF AMERICA,        :
                                 :
    Respondent.              :

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(3) and dated April 20, 2011, is ADOPTED as the opinion of this Court and plaintiff's motion to appeal *in forma pauperis* is hereby DENIED.

DONE this 25th day of April, 2011.

                                      s/ WILLIAM H. STEELE
                                    CHIEF UNITED STATES DISTRICT JUDGE